THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCIO GODINO and SIMPLICO GODINO, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

W. P. TANNER-GROSS & Co., INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— The appellant has an adequate remedy at law. The questions it seeks to have decided in this action may all be determined in the condemnation proceeding which plaintiff seeks to enjoin (Matter of Mayor, 22 App. Div. 124; Hooker v. City of Rochester, 57 id. 530; affd., 172 N. Y. 665; Matter of City of Rochester [In re Neun], 102 App. Div. 99.) In such condemnation proceeding an appeal may be taken from the order overruling plaintiff's objections, and upon such appeal all proceedings may be stayed. (Matter of Mayor, supra; Hooker v. City of Rochester, supra; Matter of City of Rochester [In re Neun], supra; Code Civ. Proc. § 1351.) This seems its proper remedy because the questions involved in this action cannot be raised on objections to the commissioners' report or upon appeal from the order confirming the same. (Matter of Department of Public Parks, 85 N. Y. 459; Matter of Grand Boulevard, 33 App. Div. 210, 212; Matter of Mayor, etc., 186 N. Y. 237.) Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

BERNARD F. WHITE, Appellant, v. DIRECTOR GENERAL OF RAILROADS, Respondent.— Order modified and demurrer overruled, in so far as plaintiff's right to recover for funeral expenses under his second cause of action is concerned (Whitford v. Panama Railroad Co., 23 N. Y. 465, 479), and as modified affirmed (Green v. Hudson River R. R. Co., 28 Barb. 9; affd., 2 Keyes, 294), without costs. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

MAYER FELD, Respondent, v. HARRY RAAB and Others, Appellants.— Motion for stay denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of Supplementary Proceedings, etc., JOHN H. HOLSTEN, Respondent, v. AUSTIN J. SOUTHARD, Appellant.— Motion for stay denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of JAMES F. KELLY for Admission to the Bar (from the District of Columbia).— Application granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES A. VILAS for Admission to the Bar (from the State of Illinois).— Application granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

SAMUEL MANDELBAUM, Respondent, v. CENTRAL LIVE POULTRY COMPANY, INC., and Another, Appellants.— Motion for stay granted on condition that the appeal be argued the first Friday of the June term. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.